UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

        Plaintiff,

-v-                                                            23-M-

$11,532.00 UNITED STATES CURRENCY

        Defendant *in rem*.

---

## STIPULATION TO EXTEND PLAINTIFF'S TIME
## TO FILE COMPLAINT IN CIVIL FORFEITURE ACTION

IT IS HEREBY STIPULATED and agreed upon between the parties, the United States of America by its attorney, Trini E. Ross, United States Attorney for the Western District of New York, Elizabeth M. Palma, Assistant United States Attorney, of counsel, and Herbert Greenman Esq., attorney for claimant Kingsley B. Brown, that the government's time to file its Verified Complaint for Forfeiture be extended from December 26, 2023 to February 22, 2024, pursuant to Title 18, United States Code, Section 983(a)(3)(A).

Dated: December __19__, 2023                 Dated: December __19__, 2023

TRINI E. ROSS
United States Attorney
Western District of New York

By: _____        By: _____
Elizabeth M. Palma                                Herbert Greenman, Esq.
Assistant United States Attorney             42 Delaware Avenue, Suite 120
138 Delaware Ave                                 Buffalo, New York 14202
Buffalo, New York 14202                    (716) 849-1333
(716) 843-5860                                     hgreenman@lglaw.com
Elizabeth.palma@usdoj.gov                Attorney for Kingsley B. Brown